**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, California 91030
Tel: (626) 808-4357

Attorneys for Plaintiff
LISA SWAIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SWAIN, an individual on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDERS GROUP, LLC.; and DOES 1 to 10 inclusive,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00197-DAD-SKO<br><br>NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:　　　February 16, 2022<br>Time:　　　9:30 a.m.<br>Location:　Courtroom 7, 6th Floor |

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

1

**TO THE COURT, DEFENDANT ANDER GROUP, LLC, AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 16, 2022 at 9:30 a.m. in Courtroom 7 of the United States District Court for the Eastern District of California, located at 2500 Tulare Street, 6th Floor, Fresno, CA 93721, the Honorable Sheila K. Oberto presiding, Plaintiff Lisa Swain, on behalf of herself and the proposed settlement class, will and hereby does move for entry of an Order preliminarily approving the terms of the Joint Stipulation and Settlement Agreement with Defendant Anders Group, LLC, which is submitted concurrently herewith as Exhibit 2 to the Compendium of Evidence, as fair, reasonable, and adequate.

The motion will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Compendium of Evidence filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: January 18, 2022         HAYES PAWLENKO LLP

                                By:/s/Matthew B. Hayes
                                   Attorneys for Plaintiff