**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Avenue, Unit 2B
South Pasadena, California 91030
Tel: (626) 808-4357

Attorneys for Plaintiff
LISA SWAIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA SWAIN, an individual on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDERS GROUP, LLC.; and DOES 1 to 10 inclusive,<br><br>    Defendants. | Case No. 1:21-cv-00197-DAD-SKO<br><br>NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT<br><br>Date:      May 3, 2023<br>Time:     9:30 a.m.<br>Location: Courtroom 7, 6th Floor |

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1

**TO THE COURT, DEFENDANT ANDER GROUP, LLC, AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 3, 2023 at 9:30 a.m. in Courtroom 7 of the United States District Court for the Eastern District of California, located at 2500 Tulare Street, 6th Floor, Fresno, CA 93721, the Honorable Sheila K. Oberto presiding, Plaintiff Lisa Swain, on behalf of herself and the proposed settlement class, will and hereby does move the Court to grant final approval of the Joint Stipulation and Settlement Agreement (Dkt. 18-4) and to enter the Proposed Order and Judgment lodged contemporaneously herewith.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points & Authorities filed concurrently herewith, the Declarations filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: March 29, 2023                                HAYES PAWLENKO LLP

                                                     By:/s/Matthew B. Hayes
                                                        Attorneys for Plaintiff

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

2